IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GUINETTE WRENCH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-00350-CV-W-ODS ) |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER DISMISSING CASE FOR LACK OF JURISDICTION

On April 20, 2016, *pro se* Plaintiff Guinette Wrench ("Plaintiff"), a Missouri citizen, filed this action, alleging this Court has diversity jurisdiction over the parties. Doc. #1. On April 27, 2016, this Court ordered Plaintiff to show cause as to why the Court should not dismiss the case for lack of jurisdiction. Doc. #3. The Court ordered Plaintiff to clarify the citizenship of Defendant Rushmore Loan Management Services, LLC ("Defendant"). *Id.* On May 23, 2016, this Court granted Plaintiff's motion for an extension of time to clarify Defendant's citizenship. Doc. #6.

On June 6, 2016, Plaintiff submitted clarification of Defendant's citizenship wherein she stated Terry Smith is the owner of Defendant and is not a Missouri resident. Doc. #12. On June 7, 2016, the Court issued a second order to show cause as to why the case should not be dismissed for lack of jurisdiction, directing Plaintiff to clarify the citizenship of Defendant's members, as opposed to that of its officers or owner. Doc. #13. In response, Plaintiff filed a motion for summary judgment wherein she stated, "Plaintiff has come to the realization that names of the principle owners/ officers of Rushmore Loan Management Services, LLC and Roosevelt Management Services, LLC[1] will never be revealed to establish citizenship of Defendants." Doc. #16.

---

[1] Defendant's Certificate of Formation lists Roosevelt Management Services, LLC as the entity authorized to create Navigator AcqusitionSub LLC. Navigator AcqusitionSub

Plaintiff has not met her burden to establish this Court has diversity jurisdiction. *See Iowa League of Cities v. E.P.A.*, 711 F.3d 844, 870 (8th Cir. 2013) (stating the party invoking federal jurisdiction bears the burden of demonstrating it exists). Without knowledge of the citizenship of Defendant's members, this Court cannot exercise jurisdiction over Plaintiff's claims. Accordingly, Plaintiff's case is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED.

DATE: June 30, 2016

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

LLC's name was later changed to Rushmore Loan Management Services, LLC. Doc. #12-1.